IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE CO. | § § | |
| V. | § § | CIVIL ACTION NO. B-01-142 |
| SORT-RITE INTERNATIONAL, ET AL. | § | B-02·118 |

### ORDER FOR SEVERANCE

Coastal Banc ssb's Motion for Severance having come before the Court and the Court being of the opinion that said Motion should be granted, it is ORDERED that the claims asserted by Coastal Banc ssb and the Export-Import Bank of the United States be severed from this case and assigned a new case number.

Signed April 31, 2002.

_____
Judge Presiding

### AGREED AS TO FORM AND CONTENT

_____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)