IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JEFFERSON-PILOT INSURANCE CO. § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-142 |
| § | B-02-118 |
| SORT-RITE INTERNATIONAL, ET AL. § | |

## AGREED ORDER FOR PARTIAL DISTRIBUTION OF FUNDS AND DISMISSAL OF PARTIES

Coastal Banc ssb's Motion for Distribution of Funds and Dismissal of Parties having come before the Court, and the Court finding that an agreement has been reached between the parties which resolves all claims of Coastal Banc ssb and the Export-Import Bank of the United States, and that said Motion should be granted, it is hereby ORDERED that the clerk of the Court shall distribute the following funds, on deposit in the registry of the Court in this case, to the following parties in the following amounts:

   A. To Coastal Banc ssb the amount of one hundred twenty-five thousand ($125,000.00) dollars, to be paid to Coastal Banc ssb and delivered to its attorney, Andrew K. Rozell, 323 East Jackson Street, Harlingen, Texas 785550;

   B. To the Export-Import Bank of the United States the amount of twenty-five thousand ($25,000.00) dollars, to be paid to the Export-Import Bank of the United States and delivered to its attorney, Nancy Masso, Assistant United States Attorney, 600 East Harrison, Brownsville, Texas 78520.

The Court expressly determines that there is no just reason for delay in entering a final judgment as to the matters covered by this Order and the Court expressly directs that this judgment be entered.

It is ORDERED that the funds distributed to Coastal Banc ssb and to Export-Import Bank pursuant to this Order shall not constitute a charge against any of the funds claimed owed to Sort-Rite International, Inc. or to which they may be adjudged entitled. It is further ordered that such funds are charged against monies to which Leticia Elizalde de Pino, Debra Metzger Finch and Katherine Lee Metzger may be in the future adjudged to be entitled to from the interpled funds.

It is ORDERED that the funds distributed pursuant to this Order shall be deducted from the employee portion of the split-dollar life insurance proceeds. It is further ORDERED that, the claims of Coastal Banc ssb and the Export-Import Bank of the United States to

the funds on deposit in the registry of the Court in this case having been fully adjudicated and determined, Coastal Banc ssb and the Export-Import Bank of the United States be, and they hereby are, DISMISSED from this case, provided however that this Order shall not be interpreted to release or compromise the obligations of Sort-Rite International, Inc. to Coastal Banc ssb as established by the confirmed plan in Bankruptcy Case No. 00-21094-B-11.

Signed _May 22_, 2002.

_____
Judge Presiding

### AGREED AS TO FORM AND CONTENT

Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)

Constance Y. Singleton
Attorney for Leticia Elizalde de Pino, Debra Metzger Finch and Katherine Lee Metzger
State Bar No. 18435600
Southern District I.D. No. 6567
215 Bayland Ave.
Houston, TX 77009
Telephone: 713/687-0100
Facsimile: 713/-802-1202

Christopher H. Boswell
Attorney for Sort-Rite International, Inc.
State Bar No. 02683300
Southern District I.D. No. 1256
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Telephone: 956/428-9191
Facsimile: 956/428-9263

Nancy L. Masso
Assistant U.S. Attorney
Attorney for the Export-Import Bank of the United States
State Bar No. 00800490
Southern District I.D. No. 10263
U.S. Courthouse
600 East Harrison, #201
Brownsville, TX 78520
Telephone: 956/548-2554
Facsimile: 956/548-2549



the funds on deposit in the registry of the Court in this case having been fully adjudicated and determined, Coastal Banc ssb and the Export-Import Bank of the United States be, and they hereby are, DISMISSED from this case, provided however that this Order shall not be interpreted to release or compromise the obligations of Sort-Rite International, Inc. to Coastal Banc ssb as established by the confirmed plan in Bankruptcy Case No. 00-21094-B-11.

Signed _____, 2002.

_____
Judge Presiding

<u>AGREED AS TO FORM AND CONTENT</u>

_C. H. Boswell_

_____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Christopher H. Boswell
Attorney for Sort-Rite International, Inc.
State Bar No. 02683300
Southern District I.D. No. 1256
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Telephone: 956/428-9191
Facsimile: 956/428-9283

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)

_____
Nancy A. Masso
Assistant U.S. Attorney
Attorney for the Export-Import Bank of the United States
State Bar No. 00800490
Southern District I.D. No. 10263
U.S. Courthouse
600 East Harrison, #201
Brownsville, TX 78520
Telephone: 956/548-2554
Facsimile: 956/548-2549

_____
Constance Y. Singleton
Attorney for Leticia Elizalde de Pino, Debra Metgzer Finch and Katherine Lee Metzger
State Bar No. 18435600
Southern District I.D. No. 6567
215 Bayland Ave.
Houston, TX 77009
Telephone: 713/687-0100
Facsimile: 713/-802-1202

the funds on deposit in the registry of the Court in this case having been fully adjudicated and determined, Coastal Banc ssb and the Export-Import Bank of the United States be, and they hereby are, DISMISSED from this case, provided however that this Order shall not be interpreted to release or compromise the obligations of Sort-Rite International, Inc. to Coastal Banc ssb as established by the confirmed plan in Bankruptcy Case No. 00-21094-B-11.

Signed _____, 2002.

_____
Judge Presiding

AGREED AS TO FORM AND CONTENT

_____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)

_____
Constance Y. Singleton
Attorney for Leticia Elizalde de Pino, Debra Metgzer Finch and Katherine Lee Metzger
State Bar No. 18435600
Southern District I.D. No. 6567
215 Bayland Ave.
Houston, TX 77009
Telephone: 713/687-0100
Facsimile: 713/-802-1202

_____
Christopher H. Boswell
Attorney for Sort-Rite International, Inc.
State Bar No. 02683300
Southern District I.D. No. 1256
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Telephone: 956/428-9191
Facsimile: 956/428-9283

_____
Nancy A. Masso
Assistant U.S. Attorney
Attorney for the Export-Import Bank of the United States
State Bar No. 00800490
Southern District I.D. No. 10263
U.S. Courthouse
600 East Harrison, #201
Brownsville, TX 78520
Telephone: 956/548-2554
Facsimile: 956/548-2549

the funds on deposit in the registry of the Court in this case having been fully adjudicated and determined, Coastal Banc ssb and the Export-Import Bank of the United States be, and they hereby are, DISMISSED from this case, provided however that this Order shall not be interpreted to release or compromise the obligations of Sort-Rite International, Inc. to Coastal Banc ssb as established by the confirmed plan in Bankruptcy Case No. 00-21094-B-11.

Signed _____, 2002.

_____
Judge Presiding

## AGREED AS TO FORM AND CONTENT

_____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)

_____
Constance Y. Singleton
Attorney for Leticia Elizalde de
Pino, Debra Metgzer Finch and
Katherine Lee Metzger
State Bar No. 18435600
Southern District I.D. No. 6567
215 Bayland Ave.
Houston, TX 77009
Telephone: 713/687-0100
Facsimile: 713/-802-1202

_____
Christopher H. Boswell
Attorney for Sort-Rite International, Inc.
State Bar No. 02683300
Southern District I.D. No. 1256
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Telephone: 956/428-9191
Facsimile: 956/428-9263

_____
Nancy L. Masso
Assistant U.S. Attorney
Attorney for the Export-Import Bank of
the United States
State Bar No. 00800490
Southern District I.D. No. 10263
U.S. Courthouse
600 East Harrison, #201
Brownsville, TX 78520
Telephone: 956/548-2554
Facsimile: 956/548-2549

the funds on deposit in the registry of the Court in this case having been fully adjudicated and determined, Coastal Banc ssb and the Export-Import Bank of the United States be, and they hereby are, DISMISSED from this case, provided however that this Order shall not be interpreted to release or compromise the obligations of Sort-Rite International, Inc. to Coastal Banc ssb as established by the confirmed plan in Bankruptcy Case No. 00-21094-B-11.

Signed _____, 2002.

_____
Judge Presiding

### AGREED AS TO FORM AND CONTENT

_____
Andrew K. Rozell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 17358000
Southern District I.D. No. 1220
323 East Jackson Street
Harlingen, TX 78550
956/428-1282 - 428-6595 (fax)

_____
Christopher H. Boswell
Attorney for Sort-Rite International, Inc.
State Bar No. 02683300
Southern District I.D. No. 1256
Stapleton, Curtis & Boswell, LLP
P.O. Box 2644
Telephone: 956/428-9191
Facsimile: 956/428-9283

_____
Michael R. Ezell
ATTORNEY FOR COASTAL BANC, ssb
State Bar No. 0676420
Southern District I.D. No. 2250
312 E. Van Buren
Harlingen, TX 78550
956/425-2000 - 421-4258 (fax)

_____
Constance Y. Singleton
Attorney for Leticia Elizalde de Pino, Debra Metgzer Finch and Katherine Lee Metzger
State Bar No. 18435600
Southern District I.D. No. 5567
215 Bayland Ave.
Houston, TX 77009
Telephone: 713/687-0100
Facsimile: 713/-802-1202

_____
Nancy A. Masso
Assistant U.S. Attorney
Attorney for the Export-Import Bank of the United States
State Bar No. 00800490
Southern District I.D. No. 10263
U.S. Courthouse
600 East Harrison, #201
Brownsville, TX 78520
Telephone: 956/548-2554
Facsimile: 956/548-2549